FILED
U.S. DISTRICT COURT
2006 FEB -6  P 3: 05
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CLEARONE COMMUNICATIONS, INC., and EDWARD D. BAGLEY, <br><br>Plaintiffs, <br><br>vs. <br><br>LUMBERMENS MUTUAL CASUALTY COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,, <br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br>Case No. 2:04 CV 119 TC |

This matter is before the court on Defendant National Union's Motion for Attorneys' Fees, Motion for Non-Statutory Costs and Expenses, and Bill of Costs . The matter was referred to United States Magistrate Judge David Nuffer. Judge Nuffer issued a Report and Recommendation in which he concluded that National Union was entitled to its Bill of Costs in the full amount of $43,975.60. Judge Nuffer recommended granting in part and denying in part the Motion for Non-Statutory Costs and Expenses. Specifically, Judge Nuffer concluded that the videotaping expense in the amount of $14,965.03 be allowed and all other costs and expenses disallowed. Judge Nuffer further recommended that the motion for attorneys' fees be denied. The parties were given ten days from the date of the Report and Recommendation to file

objections; neither party filed objections.

The court has conducted a *de novo* review of the issues and agrees with Judge Nuffer's recommendations. Accordingly, the Report and Recommendation is adopted as the order of this court and Defendant National Union is awarded judgment against Plaintiffs in the amount of $58,940.72. National Union is directed to prepare a proposed judgment in compliance with this order.

DATED this 6th day of February, 2006.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge